UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————

WILMINGTON TRUST, N.A., solely in
its capacity as Trustee for the
benefit of the holders of HMH Trust
2017-NSS, Commercial Mortgage Pass-
Through Certificates, Series 2017-
NSS,

                    Plaintiff,

       - against -

5400 RALEIGH CRABTREE, LLC, 4025
WINDWARD PLAZA ALPHARETTA, LLC, 769
HAMMOND ATLANTA,LLC, 8419 N TRYON
CHARLOTTE, LLC, 401 BAY AREA CLEAR
LAKE, LLC, 2536 W BERYL PHOENIX,
LLC, 201 ASHVILLE RALEIGH, LLC,
12828 SAN PEDRO SAN ANTONIO, LLC,
10611 CHEVROLET - FORT MYERS, LLC,
2200 EAST HIGHWAY 50 — CLERMONT,
LLC, 1150 NW FEDERAL — STUART, LLC,
4545 CHABOT CA, LLC, 4245 NORTH
DRINKWATER AZ, LLC, 2611 CONTRA
COSTA CA, LLC, 1922 SKIBO CROSS
CREEK LLC, 4641 KENMORE VA, LLC,
5614 VINELAND — ORLANDO, LLC, 700
ST. CHARLES, LLC, 3798 WHITE LAKE —
NAPLES, LLC, 3808 WHITE LAKE —
NAPLES, LLC, 2504 N LOOP
BROOKHOLLOW, LLC, and 6320 GOLDEN
TRIANGLE MD, LLC,

                Defendants.
————————————————————————————

2020-cv-06089 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff should identify the citizenship of each
member of the defendants' LLCs, including, if any member of a
defendant LLC is also an LLC, the citizenship of each such
member of that LLC, and, if the member is a corporation, the

state of incorporation and principal place of business of each

such member. Information should be provided by **August 14, 2020.**


**SO ORDERED.**

**Dated:**     **New York, New York**
              **August 7, 2020**                    _____/s/ John G. Koeltl_____
                                                       John G. Koeltl
                                                **United States District Judge**