UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, N.A.,

               Plaintiff,               20-cv-6089 (JGK)

    - against -                ORDER

5400 RALEIGH CRABTREE, LLC, ET AL.,

               Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a conference on the proposed order to show cause on **December 20, 2023, at 4:30 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
           December 19, 2023

                                            John G. Koeltl
                                    United States District Judge