UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON TRUST, N.A.,

               Plaintiff,          20-cv-6089 (JGK)

    - against -              ORDER

5400 RALEIGH CRABTREE, LLC, ET AL.,

               Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for the conference on the proposed order to show cause on **December 20, 2023, at 4:30 p.m.**, by telephone.

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            December 20, 2023

                                              John G. Koeltl
                                    United States District Judge