UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, N.A.,

                Plaintiff,              20-cv-6089 (JGK)

     - against -               ORDER

5400 RALEIGH CRABTREE, LLC, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The receiver is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to liquidate mortgaged properties through a combination of deeds in lieu of foreclosure, nonjudicial foreclosure sales and/or sales by the receiver. ECF No. 164.

SO ORDERED.

Dated:    New York, New York
             January 22, 2024

                                       John G. Koeltl
                                United States District Judge