UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILMINGTON TRUST, N.A.,
                          Plaintiff,

                  20 civ 6089 (JGK)

     -against-

5400 RALEIGH CRABTREE, LLC, et al.
                        Defendants,
------------------------------------------------------------X

### ORDER

The Court, having granted the motion of the receiver to liquidate mortgaged properties, via memorandum opinion and order of February 5, 2024 and order of February 27, 2024,

The Clerk of Court is directed to close this case.

**SO ORDERED.**

                                                                  **JOHN G. KOELTL**
                                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       March 27, 2024