# Holland & Knight

787 Seventh Avenue | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

May 22, 2026

**APPLICATION GRANTED
SO ORDERED**

_John G. Koeltl, U.S.D.J._

5/22/26.

***VIA ECF***
The Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:   *Wilmington Trust, N.A. vs. 5400 Raleigh Crabtree, LLC, et al.*, No.: 20-cv-06089 (JGK)
>         Letter-Motion to Extend Time to Move to Discharge Receiver

Dear Judge Koeltl:

We are counsel to the temporary court-appointed receiver Jeffrey Kolessar of GF Hotels & Resorts (the "Receiver") in the above-referenced action, whom the Court appointed receiver by the So Ordered Consent Order Appointing Receiver, dated August 19, 2020 and Order dated February 27, 2024 (collectively, the "Receivership Order")[1]. *See* ECF Nos. 29, 198. We respectfully submit this letter motion, in accordance with Section I.C of Your Honor's Individual Practices, to request an extension of time for the Receiver to file its accounting and move/and or stipulate to discharge the Receiver for a period of 45 days from the date of May 26, 2026 to July 10, 2026.

By the Receivership Order, the Court, *inter alia*, granted such powers and authority, as set forth therein, to the Receiver to convey, liquidate, or otherwise dispose of, twenty-two (22) certain real properties and improvements and personal properties subject to this action (the "Premises") through a combination of delivery of deeds-in-lieu of foreclosure, receiver's sales, and/or the sale of the Mortgaged Properties through non-judicial foreclosure sales, in the Receiver's sole discretion. *See* ECF No. 29, ¶ 22; *see generally* ECF No. 198.

On January 30, 2026, the Receiver consummated the conveyance of the last remaining mortgaged property located at 4641 Kenmore Avenue, Alexandria, Virginia 22304 and filed with the Court thereafter the Receiver's Report of Conveyance dated February 11, 2026. *See* ECF No. 232. Thereafter, on February 24, 2026, the Receiver took its last act with respect to conveying, liquidating, or otherwise disposing of the Premises by way of that certain Correction Receiver's Deed for the property located at 2611 Contra Costa Boulevard, Pleasant Hill, California 94523. As such, it is understood that in accordance with the Receivership Order, the date by which Receiver was to move the Court to be discharged and relieved was March 26, 2026. This period was extended to May 26, 2026 pursuant to letter application so ordered by

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Receivership Order.

The Honorable John G. Koeltl, U.S.D.J.
May 22, 2026
Page 2

the Court on March 25, 2026 to provide sufficient time for ongoing discussions to properly take place between the parties regarding consensual discharge of the Receiver and the winding down of the receivership estate.

During the last extension period, the parties engaged in those discussions. Subject to review and approval of the completed accounting, the parties have now agreed to a consensual stipulation discharging the Receiver. The Receiver has a few open items, including the completion of the consensual dissolution of the Borrower limited liability companies, in order to complete his accounting, and then will need to circulate the accounting for review and approval by the parties in this action. Therefore, the Receiver respectfully requests that the time to file his accounting and move and/or stipulate to his discharge be extended for a period of 45 days from May 26, 2026 to July 10, 2026.

Plaintiff Wilmington Trust, N.A., solely in its capacity as Trustee for the benefit of the holders of HMH Trust 2017-NSS, Commercial Mortgage Pass-Through Certificates, Series 2017-NSS ("Plaintiff") provides its consent to the Receiver's request extension of time as provided herein.

We thank the Court for its attention and consideration to this matter.

Respectfully submitted,

*/s/ Evelyn H. Seeler*
Evelyn H. Seeler

cc:    All counsel of record (via ECF)

#534464954_v1